Joseph D. Steward, III, Esq. (337385)
Kimmel & Silverman, P.C.
811 Wilshire Blvd, Suite 1700-241
Los Angeles, CA 90017
Phone: (215) 540-8888 x 134
jsteward@creditlaw.com

Jacob U. Ginsburg, Esq. (*Pro Hac Vice*)
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Phone: 215-540-8888 ext. 104
Facsimile: 877-788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY STARLING, ) | **Case No.: 8:21-cv-01363 MAMF** |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| v ) | |
| ) | |
| VEHICLE PROTECTION ) | **Motion Date: November 17, 2022 at** |
| SPECIALISTS, LLC, CARGUARD ) | **10:00 am** |
| ADMINISTRATION, INC. and SING ) | **Courtroom 8B** |
| for SERVICE, LLC d/b/a MEPCO, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff, Kimberly Starling ("Plaintiff") and Defendants Vehicle Protection Specialists, LLC ("VPS") and CarGuard Administration, Inc. ("CarGuard") have reached a global settlement in principle. The Parties have filed a Joint Motion to Stay Case pending completion of phased settlement structure. (Doc. No. 58).

Respectfully submitted,

Jacob U. Ginsburg, Esq. (*Pro Hac Vice*)
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Phone: 215-540-8888 ext. 104
Facsimile: 877-788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

*/s/ Joseph D. Steward, III*
Joseph D. Steward, III, Esq.
Kimmel & Silverman, P.C.
811 Wilshire Blvd, Suite 1700-241
Los Angeles, CA 90017
Phone: (215) 540-8888 x 134
jsteward@creditlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I Jacob U. Ginsburg hereby certify that a true and correct copy of the foregoing was electronically served on all parties authorized to receive via this Court's CM/ECF system on this 20th day of October, 2022.

*/s/ Jacob U. Ginsburg*